**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Milf Wars: Lisa Ann Vs Julia Ann," Copyright Reg. No. PA0001735147

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.14.107.181 | 2011-11-16 00:00:15 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 2 | 108.14.250.37 | 2011-10-18 23:06:59 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 3 | 108.14.70.239 | 2011-11-03 17:01:25 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 4 | 108.17.30.40 | 2011-10-31 01:21:35 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 5 | 108.21.231.217 | 2011-10-29 16:07:01 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 6 | 108.21.76.21 | 2011-10-26 22:06:26 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 7 | 108.29.16.32 | 2011-12-05 06:06:17 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 8 | 108.4.146.200 | 2011-11-09 03:09:04 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 9 | 108.41.127.224 | 2011-10-29 02:19:41 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 10 | 108.41.215.198 | 2011-10-25 14:01:06 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 11 | 108.41.31.214 | 2011-11-27 15:11:12 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 12 | 108.46.188.26 | 2011-11-03 03:55:16 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 13 | 108.46.221.186 | 2011-10-27 16:13:12 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 14 | 108.54.121.194 | 2011-11-07 01:24:54 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 15 | 108.54.75.91 | 2011-11-15 08:57:50 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 16 | 108.6.187.67 | 2011-12-11 13:08:56 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 17 | 108.6.48.135 | 2011-10-23 22:33:07 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 18 | 172.129.33.46 | 2011-12-05 21:08:57 -0500 | America Online | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 19 | 173.52.114.37 | 2011-10-23 06:55:07 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 20 | 173.52.211.225 | 2011-10-22 14:38:14 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 21 | 173.52.222.172 | 2011-11-27 21:01:09 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 22 | 173.56.53.224 | 2011-11-22 17:18:19 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 23 | 173.62.4.70 | 2011-11-19 14:00:59 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 24 | 173.62.59.226 | 2011-10-23 18:19:50 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 25 | 173.68.110.20 | 2011-11-15 10:40:19 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 26 | 173.68.164.204 | 2011-10-26 19:32:54 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 27 | 173.68.190.53 | 2011-11-11 23:14:25 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |

| Doe 28 | 173.68.58.221   | 2011-12-08 19:37:24 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 29 | 173.68.73.80    | 2011-10-30 01:42:46 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 30 | 173.68.99.239   | 2011-12-02 14:11:23 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 31 | 184.152.91.153  | 2011-11-06 18:28:26 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 32 | 184.153.119.152 | 2011-10-17 17:05:47 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 33 | 184.153.223.235 | 2011-12-07 21:13:47 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 34 | 184.153.98.7    | 2011-11-22 00:59:57 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 35 | 204.210.154.231 | 2011-10-30 10:10:34 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 36 | 208.120.170.19  | 2011-10-30 22:05:45 -0400 | EarthLink | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 37 | 24.164.170.252  | 2011-11-22 21:50:49 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 38 | 24.193.198.174  | 2011-11-02 21:08:18 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 39 | 24.215.222.19   | 2011-12-12 20:07:36 -0500 | EarthLink | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 40 | 24.58.74.176    | 2011-10-25 04:22:33 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 41 | 24.59.153.240   | 2011-11-18 20:05:10 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 42 | 24.59.25.31     | 2011-10-16 09:34:46 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 43 | 24.90.214.118   | 2011-10-23 03:07:42 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 44 | 24.90.222.222   | 2011-10-27 13:49:31 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 45 | 24.92.242.250   | 2011-12-08 20:18:19 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 46 | 50.75.79.246    | 2011-10-31 22:51:36 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 47 | 50.75.79.93     | 2011-11-15 14:43:31 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 48 | 66.108.171.212  | 2011-12-09 20:21:24 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 49 | 66.108.194.125  | 2011-12-02 00:19:53 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 50 | 66.108.213.83   | 2011-10-30 12:07:34 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 51 | 66.108.24.138   | 2011-11-04 21:10:13 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 52 | 66.65.118.182   | 2011-10-18 16:31:54 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 53 | 66.65.132.253   | 2011-11-09 21:58:28 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 54 | 66.65.161.69    | 2011-11-13 20:27:56 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 55 | 66.65.181.163   | 2011-12-04 00:58:25 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 56 | 66.65.59.65     | 2011-10-30 22:07:54 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 57 | 66.65.68.132    | 2011-11-28 03:11:34 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 58 | 67.242.212.113  | 2011-11-14 13:48:39 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 59 | 67.242.8.171    | 2011-11-26 02:12:56 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 60 | 67.242.92.65    | 2011-11-20 07:20:11 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 61 | 67.243.186.192  | 2011-11-02 01:16:08 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 62 | 67.244.13.253   | 2011-10-17 23:04:22 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 63 | 67.246.173.28   | 2011-10-18 10:47:35 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |

| Doe 64 | 67.246.188.182 | 2011-10-15 17:01:53 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
|---|---|---|---|---|---|
| Doe 65 | 67.246.86.189 | 2011-12-04 09:25:23 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 66 | 67.247.156.38 | 2011-10-23 14:46:14 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 67 | 67.250.26.228 | 2011-11-05 01:18:20 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 68 | 67.250.55.55 | 2011-11-23 03:17:14 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 69 | 67.252.153.40 | 2011-11-13 16:14:34 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 70 | 67.252.165.210 | 2011-10-18 14:48:32 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 71 | 67.252.60.156 | 2011-10-26 16:25:17 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 72 | 67.253.183.152 | 2011-11-23 05:19:42 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 73 | 67.253.249.3 | 2011-11-08 02:48:26 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 74 | 68.174.69.4 | 2011-11-20 00:59:50 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 75 | 69.204.100.63 | 2011-10-16 00:59:42 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 76 | 69.204.37.68 | 2011-12-10 09:14:53 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 77 | 69.204.58.9 | 2011-11-01 14:13:47 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 78 | 69.206.79.147 | 2011-10-18 12:24:31 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 79 | 69.207.8.240 | 2011-11-30 12:37:41 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 80 | 69.86.159.133 | 2011-10-21 21:04:48 -0400 | EarthLink | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 81 | 70.104.136.214 | 2011-10-29 02:18:50 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 82 | 71.183.245.251 | 2011-12-11 20:54:07 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 83 | 71.183.60.39 | 2011-10-18 14:05:21 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 84 | 71.190.207.110 | 2011-10-31 10:07:21 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 85 | 72.228.157.162 | 2011-10-20 22:09:25 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 86 | 72.229.111.75 | 2011-11-14 14:40:17 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 87 | 72.229.120.105 | 2011-10-29 22:08:08 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 88 | 72.230.105.7 | 2011-10-29 14:01:31 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 89 | 72.230.239.81 | 2011-12-07 16:32:19 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 90 | 72.231.29.42 | 2011-12-06 12:22:04 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 91 | 72.89.245.23 | 2011-10-30 00:17:32 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 92 | 74.101.126.165 | 2011-11-20 09:56:46 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 93 | 74.101.142.161 | 2011-10-22 09:12:49 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 94 | 74.101.207.62 | 2011-11-23 19:58:05 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 95 | 74.101.207.78 | 2011-10-23 02:20:00 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 96 | 74.101.32.111 | 2011-10-29 16:07:53 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 97 | 74.101.44.212 | 2011-10-23 17:05:13 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 98 | 74.101.93.81 | 2011-10-23 23:07:13 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 99 | 74.108.146.37 | 2011-10-28 00:59:37 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |

| Doe 100 | 74.111.42.137 | 2011-10-15 02:31:50 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
|---|---|---|---|---|---|
| Doe 101 | 74.64.10.242 | 2011-12-08 15:34:24 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 102 | 74.64.117.206 | 2011-12-02 21:13:45 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 103 | 74.64.19.200 | 2011-11-01 17:02:26 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 104 | 74.64.54.231 | 2011-11-13 14:25:36 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 105 | 74.66.23.227 | 2011-10-17 05:55:17 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 106 | 74.66.76.198 | 2011-12-08 15:06:42 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 107 | 74.67.51.112 | 2011-11-02 22:51:14 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 108 | 74.67.92.113 | 2011-12-05 20:45:11 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 109 | 74.71.235.242 | 2011-11-11 09:36:30 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 110 | 74.71.76.202 | 2011-10-15 21:08:50 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 111 | 74.72.158.233 | 2011-11-11 18:58:30 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 112 | 74.73.129.36 | 2011-10-19 22:59:52 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 113 | 74.73.248.2 | 2011-11-28 10:19:57 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 114 | 74.74.216.38 | 2011-12-05 12:16:43 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 115 | 74.76.213.119 | 2011-11-26 15:08:06 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 116 | 74.76.247.251 | 2011-11-08 19:12:32 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 117 | 74.76.3.8 | 2011-11-09 15:38:41 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 118 | 74.77.138.42 | 2011-12-09 19:14:33 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 119 | 74.78.200.129 | 2011-12-01 07:32:09 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 120 | 74.79.114.74 | 2011-12-01 09:55:28 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 121 | 76.15.121.142 | 2011-10-25 20:31:13 -0400 | EarthLink | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 122 | 76.15.30.84 | 2011-11-10 14:42:19 -0500 | EarthLink | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 123 | 96.224.230.30 | 2011-11-01 14:56:40 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 124 | 96.224.41.184 | 2011-10-18 16:30:28 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 125 | 96.232.82.24 | 2011-10-22 00:59:35 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 126 | 96.246.173.168 | 2011-11-03 11:09:34 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 127 | 96.250.167.96 | 2011-12-10 15:49:34 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 128 | 98.113.175.242 | 2011-12-07 18:43:13 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 129 | 98.113.201.18 | 2011-11-26 00:23:05 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 130 | 98.113.219.242 | 2011-10-19 00:59:48 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 131 | 98.113.223.136 | 2011-11-19 21:11:39 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 132 | 98.113.95.218 | 2011-11-25 10:53:44 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 133 | 98.116.0.89 | 2011-11-03 00:44:50 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 134 | 98.116.167.172 | 2011-11-02 14:52:10 -0400 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 135 | 98.116.79.58 | 2011-11-17 21:13:55 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |

| Doe 136 | 98.117.161.33 | 2011-11-18 03:31:55 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 137 | 98.118.146.10 | 2011-11-08 21:11:34 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 138 | 98.118.147.26 | 2011-12-10 15:11:03 -0500 | Verizon Internet Services | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 139 | 98.14.239.66 | 2011-10-24 07:34:01 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 140 | 98.14.43.24 | 2011-11-12 11:11:20 -0500 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |
| Doe 141 | 98.15.234.91 | 2011-10-27 08:06:06 -0400 | Road Runner | BitTorrent | 1834cc07608e15b8a973559bbc3d231941c4a08e |