1  Mike Meier
   Email address: contact@copyrightdefenselawyer.com
2  THE COPYRIGHT LAW GROUP, PLLC
   4000 Legato Road, Suite 1100
3  Fairfax, VA 22033
   Tel: 888-407-6770
4  Fax: 703-546-4990

5

6  Attorney for Plaintiff Third Degree Films, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF NEW YORK

10

11 Third Degree Films, Inc.                CASE NO. 11-CV-09620-WHP

                    Plaintiff,              **Fed. R. Civ. P. 41(a) Dismissal With
12                                          Prejudice of Specific Doe Defendant(s),
              v.                            Namely Doe(s) 4, 8, 26, 39**
13 DOES 1-141,

14                  Defendants.

15

16     Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the

17 following table,

18

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
19 |---|---|---|
| Doe 4 | 108.17.30.40 | 2011-10-31 01:21:35 -0400 |
20 | Doe 8 | 108.4.146.200 | 2011-11-09 03:09:04 -0500 |
| Doe 26 | 173.68.164.204 | 2011-10-26 19:32:54 -0400 |
21 | Doe 39 | 24.215.222.19 | 2011-12-12 20:07:36 -0500 |

22

23 Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above

24 identified action pursuant to Fed. R. Civ. P. 41(a).

25

26

27                                         Respectfully submitted,

28

   Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe       1
   Defendant(s) - Case No. 11-CV-09620-WHP

1  Date: March 14, 2012                     _____
                                            Mike Meier
2                                           Email address: contact@copyrightdefenselawyer.com
                                            THE COPYRIGHT LAW GROUP, PLLC
3                                           4000 Legato Road, Suite 1100
                                            Fairfax, VA 22033
4                                           Tel: 888-407-6770
5                                           Fax: 703-546-4990

6
7                                           Attorney for Plaintiff Third Degree Films, Inc.

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe    2
Defendant(s) - Case No. 11-CV-09620-WHP