Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| Third Degree Films, Inc. | CASE NO. 11-CV-09620-WHP |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prefudice of Specific Doe Defendant(s), Namely Doe(s) 9, 12, 22, 84, 91, 92, 93, 95, 96, 100, 126, 130, 136** |
| v. | |
| DOES 1-141, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 9 | 108.41.127.224 | 2011-10-29 02:19:41 -0400 |
| Doe 12 | 108.46.188.26 | 2011-11-03 03:55:16 -0400 |
| Doe 22 | 173.56.53.224 | 2011-11-22 17:18:19 -0500 |
| Doe 84 | 71.190.207.110 | 2011-10-31 10:07:21 -0400 |
| Doe 91 | 72.89.245.23 | 2011-10-30 00:17:32 -0400 |
| Doe 92 | 74.101.126.165 | 2011-11-20 09:56:46 -0500 |
| Doe 93 | 74.101.142.161 | 2011-10-22 09:12:49 -0400 |
| Doe 95 | 74.101.207.78 | 2011-10-23 02:20:00 -0400 |
| Doe 96 | 74.101.32.111 | 2011-10-29 16:07:53 -0400 |
| Doe 100 | 74.111.42.137 | 2011-10-15 02:31:50 -0400 |

| Doe 126 | 96.246.173.168 | 2011-11-03 11:09:34 -0400 |
| Doe 130 | 98.113.219.242 | 2011-10-19 00:59:48 -0400 |
| Doe 136 | 98.117.161.33  | 2011-11-18 03:31:55 -0500 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: May 14, 2012

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.