Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| Third Degree Films, Inc.<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1-141,<br><br>    Defendants. | CASE NO. 11-CV-09620-WHP<br><br>**Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant(s), Namely Doe(s) 132** |
|---|---|

In connection with the Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 132 | 98.113.95.218 | 2011-11-25 10:53:44 -0500 |

Plaintiff dismisses without prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: May 14, 2012

             /s/ Mike Meier
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033

Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe
Defendant(s) - Case No. 11-CV-09620-WHP    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Third Degree Films, Inc.